IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICK B. JOHNSON,

     Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                     Case No. 12-cv-554-wmc

KATHY WHALEN, SHERIFF MEISTER,
HELEN FRANK and VICKIE PAPARA,

     Defendants.

---

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Patrick B. Johnson's motion for leave to proceed *in forma pauperis* and dismissing this case.

| /s/ | 12/26/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |